IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAT PINKNEY,

      Petitioner,               No. CIV S-08-2220 KJM P

  vs.

JAMES YATES,

      Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

/////

1

1            2. Petitioner's reply, if any, shall be filed and served within thirty days of service
2 of an answer;
3            3. If the response to petitioner's application is a motion, petitioner's opposition
4 or statement of non-opposition shall be filed and served within thirty days of service of the
5 motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and
6            4. The Clerk of the Court shall serve a copy of this order, the
7 consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and
8 a copy of the petition for writ of habeas corpus on Michael Patrick Farrell,  Senior Assistant
9 Attorney General.
10 DATED:  February 3, 2009.

_____
U.S. MAGISTRATE JUDGE

13 /mp
pink2220.100fee.kjm