IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAT PINKNEY,

     Petitioner,                      No. CIV S-08-2220 KJM P

     vs.

JAMES YATES,

     Respondent.                    <u>ORDER</u>

          /

        On April 6, 2009, respondent filed a motion to dismiss (docket no. 8) informing the court petitioner passed away on December 21, 2008, due to natural causes.  Respondent also has filed the death certificate for petitioner.

        Good cause appearing, IT IS HEREBY ORDERED that this action is dismissed.

DATED: July 13, 2009.

                                                        U.S. MAGISTRATE JUDGE

4
pink2220.ord

1